IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY BULL, et al.,

    Plaintiffs,

v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 03-01840 CRB

**ORDER RE: MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

    Now before the Court is defendants' Motion for Leave to File a Motion for Reconsideration pursuant to Local Rule 7-9(a). On September 22, 2005, the Court issued a Memorandum and Order Granting Summary Judgment ("Order") for plaintiffs. Defendants' Motion specifically seeks reconsideration of two sentences in that Order:

> Defendants do not oppose summary judgment on classifications (1)-(5). The Court therefore grants summary judgment with respect to those portions of the policy.

Order at *7.[1]  Defendants now allege that they do dispute these conclusions and seek to brief these issues at this time. Plaintiffs have filed no response to defendants' Motion for Leave.

---

[1] Classifications (1) through (5) are defined as follows:

> (1) arrestees with one or more prior convictions or two or more prior arrests for crimes involving drugs, weapons or violence; (2) arrestees charged with a probation violation; (3) individuals arrested on a San Francisco warrant outside of San Francisco County; (4) individuals arrested on a federal charge; (5) individuals held at a San Francisco jail while in transit to another part of the state[.]

After carefully considering the arguments presented by defendants, the Court hereby removes those two sentences from its September 22, 2005 Order. Upon further reflection, the Court believes that it erred in addressing classifications (1) and (2) at all, because those plaintiffs, if any, who fell into those categories were either never included in, or were expressly removed from, the class definition prior to class certification. See Memorandum and Order at *10 (June 10, 2004). In light of the Court's efforts towards a global resolution regarding the City's former strip search policy, the Court will also permit additional briefing on classifications (3) through (5).

The Court hereby GRANTS defendants motion. Pursuant to Local Rule 7-9(d), defendants may file a Motion for Reconsideration of the narrow issue addressed in this Order no later than December 2, 2005. Plaintiffs may file an Opposition no later than December 16, 2005, which should specifically contemplate, in addition to any response to other issues raised by defendants, whether the Court should address classifications (1) and (2). A Reply, if any, shall be filed by December 23, 2005. All briefs shall be no longer than 10 pages. Parties will be notified if oral argument is necessary.

**IT IS SO ORDERED.**

Dated: November 7, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE