DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
ROBERT A. BONTA, State Bar #202668
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
and SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 150,<br><br>Defendants. | Case No. C03-1840 CRB (EMC)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:     July 16, 2010<br>Time:              8:30 a.m.<br>Place:             Crtrm 8, 19th Flr<br>Before:            Judge Breyer<br><br><br>Trial Date:        Not Set |

        The parties are set for a Case Management Conference on Friday, July 16, 2010 at 8:30

a.m.  Counsel for the defendants are not all available on Friday, July 16, 2010 at 8:30 a.m.

Accordingly, the parties jointly request and stipulate that the Case Management Conference be continued to Friday, July 23, 2010 at 8:30 a.m.

Dated:  July 2, 2010                          DENNIS J. HERRERA
                                              City Attorney
                                              JOANNE HOEPER
                                              Chief Trial Attorney
                                              ROBERT A. BONTA
                                              Deputy City Attorney

                                              By:  s/Robert A. Bonta
                                              ROBERT A. BONTA
                                              Attorneys for Defendants

Dated:  July 2, 2010                          LAW OFFICES OF MARK E. MERIN

                                              By:  s/Mark E. Merin
                                              MARK E. MERIN

                                              Attorney for Plaintiffs

                                    **ORDER**

         The Case Management Conference currently set for July 16, 2010 at 8:30 a.m. is continued to July 23, 2010 at 8:30 a.m.

         IT IS SO ORDERED.


Dated:    July 9, 2010

                                      _____
                                      HONORABLE CHARLES R. BREYER
                                      UNITED STATES DISTRICT COURT JUDGE