1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:         robert.bonta@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO SHERIFF'S DEPARTMENT,
   and SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY
10

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13 | MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, and all others similarly situated, | Case No. C03-1840 CRB (EMC)
   |---|---|
   | Plaintiffs, | **STIPULATION OF DISMISSAL OF DEFENDANT MICHAEL HENNESSEY WITH PREJUDICE** |
   | vs. | |
   | CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 150, | |
   | Defendants. | |

**Stipulation of Dismissal with Prejudice**
USDC CASE NO. **C03-1840 CRB (EMC)**

1

N:\LIT\LI2003\031697\00643396.DOC

All plantiffs, on behalf of themselves individually and on behalf of any and all class members, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a) that this action is DISMISSED WITH PREJUDICE against defendant San Francisco Sheriff Michael Hennessey in his individual and official capacities.  It is further STIPULATED that defendant Michael Hennessy shall be entitled to recover all costs authorized by statute.

**IT IS SO STIPULATED.**

Dated:  July 30, 2010               LAW OFFICES OF MARK E. MERIN

By:            /s/ Mark E. Merin
MARK E. MERIN

Attorney for Plaintiffs

Dated: July 29, 2010                DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney


By:            /s/ Joanne Hoeper
JOANNE HOEPER
Chief Trial Deputy

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  ___August 4, 2010_____

By:_____
HON. CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

**Stipulation of Dismissal with Prejudice**
USDC CASE NO. **C03-1840 CRB (EMC)**        2                              N:\LIT\LI2003\031697\00643396.DOC