1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | ROBERT A. BONTA, State Bar #202668
Deputy City Attorneys
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-4268
6 | Facsimile:    (415) 554-3837
E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
and SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 150,<br><br>Defendants. | Case No. C03-1840 CRB (EMC)<br><br>**PLAINTIFF JONAH ZERN STIPULATION OF DISMISSAL WITH PREJUDICE** |

**Stipulation of Dismissal with Prejudice**
USDC CASE NO. **C03-1840 CRB (EMC)**

1

N:\LIT\LI2003\031697\00643411.DOC

Plaintiff Jonah Zern STIPULATES pursuant to Federal Rule of Civil Procedure 41(a) that this action is DISMISSED WITH PREJUDICE against all defendants. It is further STIPULATED that defendants shall be entitled to recover all costs authorized by statute.

**IT IS SO STIPULATED.**

Dated:  July 30, 2010               LAW OFFICES OF MARK E. MERIN

By:_____/s/ Mark E. Merin_____
MARK E. MERIN

Attorney for Plaintiff Jonah Zern

Dated: July 29, 2010               DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney

By:_____/s/ Joanne Hoeper_____
JOANNE HOEPER
Chief Trial Deputy

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  ___August 4, 2010_____

By:_____
HON. CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*