1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
and SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 150,<br><br>Defendants. | Case No. C03-1840 CRB (EMC)<br><br>**PLAINTIFF CHARLI JOHNSON STIPULATION OF DISMISSAL WITH PREJUDICE** |

**Stipulation of Dismissal with Prejudice**
USDC CASE NO. **C03-1840 CRB (EMC)**

1

N:\LIT\LI2003\031697\00643412.DOC

Plaintiff Charli Johnson STIPULATES pursuant to Federal Rule of Civil Procedure 41(a) that this action is DISMISSED WITH PREJUDICE against all defendants. It is further STIPULATED that defendants shall be entitled to recover all costs authorized by statute.

**IT IS SO STIPULATED.**

Dated:  July 3, 2010                                  LAW OFFICES OF MARK E. MERIN

By:_____/s/ Mark E. Merin_____
MARK E. MERIN

Attorney for Plaintiff Charli Johnson

Dated: July 29, 2010                                  DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT A. BONTA
Deputy City Attorney


By:_____/s/ Joanne Hoeper_____
JOANNE HOEPER
Chief Trial Deputy

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  __August 4, 2010_____

By:_____
HON. CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

**Stipulation of Dismissal with Prejudice**   2   N:\LIT\LI2003\031697\00643412.DOC
USDC CASE NO. **C03-1840 CRB (EMC)**