1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
and SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 150,<br><br>        Defendants. | Case No. C03-1840 CRB (EMC)<br><br>**PLAINTIFF MARCY CORNEAU STIPULATION STIPULATION OF DISMISSAL WITH PREJUDICE** |

**Stipulation of Dismissal with Prejudice**
USDC CASE NO. **C03-1840 CRB (EMC)**          1                     N:\LIT\LI2003\031697\00643413.DOC

1    Plaintiff Marcy Corneau STIPULATES pursuant to Federal Rule of Civil Procedure
2  41(a) that this action is DISMISSED WITH PREJUDICE against all defendants.   It is further
3  STIPULATED that defendants shall be entitled to recover all costs authorized by statute.

**IT IS SO STIPULATED.**

Dated:  July 30, 2010        LAW OFFICES OF MARK E. MERIN

By: :          /s/ Mark E. Merin
    MARK E. MERIN

    Attorney for Plaintiff Marcy Corneau

Dated: July 29, 2010         DENNIS J. HERRERA
                             City Attorney
                             JOANNE HOEPER
                             Chief Trial Deputy
                             ROBERT A. BONTA
                             Deputy City Attorney


By:          /s/ Joanne Hoeper
    JOANNE HOEPER
    Chief Trial Deputy

    Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  __August 4, 2010_____


By:_____
    HON. CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*