DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
ROBERT A. BONTA, State Bar #202668
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4268
Facsimile:    (415) 554-3837
E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO SHERIFF'S DEPARTMENT,
and SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S DEPARTMENT, SAN FRANCISCO COUNTY SHERIFF MICHAEL HENNESSEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND SAN FRANCISCO COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 150,<br><br>            Defendants. | Case No. C03-1840 CRB (EMC)<br><br>**STIPULATION RE TIME TO RESPOND TO FOURTH AMENDED CLASS ACTION COMPLAINT** |
|---|---|

**Stipulation re Time to Respond**
USDC CASE NO. **C03-1840 CRB (EMC)**                                          1                              N:\LIT\LI2003\031697\00671100.DOC

1     WHEREAS the Court issued its order granting Defendants' Motion to Dismiss on December 16, 2010;

    WHEREAS Defendants' response to Plaintiffs' Fourth Amended Class Action Complaint is currently due on December 30, 2010; and

    WHEREAS Plaintiffs have agreed to give Defendants an additional 30 days to respond to the Fourth Amended Class Complaint and, as a result, Defendants would have until January 31, 2011 to answer or otherwise respond to the complaint

    NOW THEREFORE DEFENDANTS AND PLAINTIFFS HEREBY STIPULATE pursuant to Civil L.R. 6-1(a) that Defendants shall have until January 31, 2011 to answer or otherwise respond to the complaint.

**IT IS SO STIPULATED.**

Dated: December 28, 2010      LAW OFFICES OF MARK E. MERIN

By: /s/ Mark E. Merin
MARK E. MERIN

Attorney for Plaintiffs

Dated: December 28, 2010      DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DANNY CHOU
Chief of Complex and Special Litigation
ROBERT A. BONTA
Deputy City Attorney

By: /s/ Danny Chou
DANNY CHOU
Chief of Complex and Special Litigation

Attorneys for Defendants

IT IS SO ORDERED

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
12/29/2010
DATE

**Stipulation re Time to Respond**      2
USDC CASE NO. **C03-1840 CRB (EMC)**