IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL, et al., | No. C 03-01840 CRB |
| Plaintiffs, | **ORDER SETTING HEARING ON ADMINISTRATIVE MOTION TO STAY** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On June 3, 2011, Defendants filed an "Administrative Motion to Stay Trial Court Proceedings Pending the Decision of the United States Supreme Court in <u>Albert W. Florence v. Board of Chosen Freeholders of the County of Burlington, et al.</u>, No. 10-945." Dkt. 361. Plaintiffs opposed that Motion on June 7, 2011, arguing that (1) a motion to stay the case is not an "Administrative Motion" under the Local Rules and (2) a stay is not warranted. Dkt. 362. The Court agrees with Plaintiffs that a Motion to Stay the Case is not an Administrative Motion. However, the Court also believes that it makes sense to address this issue on an expedited basis. Accordingly, the Court sets forth the following briefing schedule and will hold a hearing on this matter on **July 5, 2011** at **10:00 a.m.** in **Courtroom 6**.

//
//
//

Defendants' Brief in Support of Motion to Stay[1] – June 17, 2011

Plaintiffs' Brief in Opposition to Motion to Stay[2] – June 24, 2011

Defendants' Brief in Reply[3] – June 29, 2011

**IT IS SO ORDERED.**

Dated: June 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] Brief shall not exceed 15 pages.

[2] Brief shall not exceed 15 pages.

[3] Brief shall not exceed 10 pages.

G:\CRBALL\2003\1840\Order Setting Hearing on Adminstrative Motion to Stay.wpd 2