ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS

LARRY E. COOK

NICK CASPER
BARBARA ROSE SMITH

LAW OFFICES OF
## CASPER, MEADOWS, SCHWARTZ & COOK
A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

TEL: (925) 947-1147

FAX: (925) 947-1131

EMAIL: INFO@CMSLAW.COM

May 24, 2012

The Honorable Charles R. Breyer
Judge of the U.S. District Court, Northern District
Courtroom 8, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Bull vs. City and County of San Francisco, et al.*
U.S.D.C. Case No. C03-1840 CRB

Dear Judge Breyer:

When I last appeared before you at a case management conference in the above-entitled matter, you referred the matter to Judge Spero for a settlement conference, and ordered that plaintiffs file their amended motion to amend the complaint no later than July 19, 2012.

Unfortunately, we were unable to schedule the settlement conference with Judge Spero until August 8; therefore are requesting that the Court extend its deadline to file our motion to amend until September 15, 2012, so that we may devote our efforts to preparing for the mediation rather than amending our complaint.

I've spoken with opposing counsel and he has no objection to this request. Thank you for your kind consideration of this correspondence. If further information is needed I will gladly provide it.

Very truly yours,

ANDREW C. SCHWARTZ

ACS/mae

cc: Mark Merin
    Rob Bonta