Andrew C. Schwartz (SBN 064578) – schwartz@cmslaw.com
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Mark E. Merin (SBN 043849) – mark@markmerin.com
LAW OFFICES OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California  95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BULL, JONAH ZERN, LISA GIAMPAOLI, MARCY CORNEAU, ALEXIS BRONSON, MICKY MANGOSING, LEIGH FLEMING, LAURA TIMBROOK, SISTER BERNIE GALVIN, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.  **C 03-1840 CRB**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE MOTION TO REDEFINE CLASS** |

TO THE HONORABLE CHARLES R. BREYER OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that this Court extend the time limit for plaintiffs to file a motion to redefine the class from July 19, 2012 to September 15, 2012.  This case is currently scheduled for a settlement conference with the Honorable Joseph Spero on August 8, 2012.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

MARY BULL, v. CCSF, et al.    USDC Case No. C03-1840 CRB                                                     Page 1

IT IS SO STIPULATED.

DATED: June 8, 2012          By:   /s/ - "Andrew C. Schwartz"
                                   ANDREW C. SCHWARTZ, ESQ.
                                   CASPER, MEADOWS, SCHWARTZ & COOK
                                        and
                                   MARK MERIN, ESQ.
                                   LAW OFFICES OF MARK MERIN
                                   Attorneys for Plaintiffs Mary Bull, et al.

DATED: June 8, 2012          By:   /s/ - "Robert Bonta"
                                   ROBERT BONTA, ESQ.
                                   Attorneys for Defendants
                                   City and County of San Francisco

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs shall file their motion to redefine the class by September 15, 2012.

DATED:  June 11, 2012

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

MARY BULL, v. CCSF, et al.   USDC Case No. C03-1840 CRB                           Page 2