**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BULL, et al.,

        Plaintiffs,

   v.

 CITY AND COUNTY OF SAN
FRANCISCO, et al.,

        Defendants.
_____/

No. C 03-01840 CRB

**ORDER REQUIRING NOTICE TO CLASS**

     This matter came on for hearing April 11, 2013 on the parties' Joint Application for Order Dismissing Class Claims, Without Prejudice, and for Approval of Stipulated Settlement (dkt. 391). For the reasons stated in open court, the Court GRANTS preliminary approval. Notice shall be provided to the class prior to a hearing on final approval, and the notice submitted as Exhibit 2 to the parties' motion shall be amended to inform class members of the opportunity to object prior to the date the parties select for final approval.

     **IT IS SO ORDERED.**

Dated: April 15, 2013

                          _____
                          CHARLES  R. BREYER
                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\1840\order re notice.wpd