IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULL, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | No. C 03-01840 CRB<br><br>**ORDER DISMISSING CLASS CLAIMS WITHOUT PREJUDICE, AND APPROVING THE STIPULATED SETTLEMENT** |

      The Court held a final approval hearing in this case at 10:00 a.m. on June 28, 2013. At that hearing, the Court heard counsel for Plaintiffs and Defendants, as well as named Plaintiff Alexis Bronson and counsel for Objector Reginald Luther Scott. Having carefully considered the papers and objections filed in this case, as well as the issues raised at the hearing, and with good cause appearing, the Court hereby ORDERS that:

      1) The objections are OVERRULED.

      2) The parties' Stipulated Settlement is APPROVED and the claims of named Plaintiffs are DISMISSED WITH PREJUDICE and the claims of class members are DISMISSED WITHOUT PREJUDICE. The statute of limitations for class members' claims, which had been tolled during the pendency of this litigation, now commences to run again.

      3) Plaintiffs' counsel shall NOTIFY all objectors on record or who have contacted Plaintiffs' counsel of the outcome of this case by providing them with a copy of this Order.

4) If Objector Scott chooses to pursue a claim against named Defendants pursuant to the dismissal of his class claims, Plaintiffs' counsel shall share their accumulated discovery with Scott or, if applicable, his counsel.

**IT IS SO ORDERED.**

Dated: June 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\1840\order re final approval.wpd 2